UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No. 3:25-CV-05785-BHS<br><br>**DEFENDANT RANGE VIEW MANAGEMENT LLC'S AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** |

Defendant Range View Management, LLC ("Defendant") by and through undersigned counsel, answers Plaintiff Cerridwen Aurandt's ("Plaintiff"), individually and on behalf of all others similarly situated, Complaint as follows:

1. Answering Paragraphs 1 through 11, Defendant denies the allegations to the extent they are directed against it. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations pertaining to any other party, and therefore denies them.

2. Answering Paragraph 12, Defendant admits it is a foreign limited liability company. Defendant denies the remaining allegations in Paragraph 12.

3. Answering Paragraph 13, Defendant admits its registered agent is Paracorp Incorporated, 1912 Capitol Ave Ste 500, Cheyenne, WY 82001.

4. Answering Paragraphs 14 through 36, Defendant denies the allegations to the extent

they are directed against it. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations pertaining to any other party, and therefore denies them.

5. Answering Paragraph 37, Defendant admits it was sued in the United States District Court for the Central District of California in *Rapp v Range View Management LLC et al* in 2024.

6. Answering Paragraphs 38 through 82, Defendant denies the allegations to the extent they are directed against it. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations pertaining to any other party, and therefore denies them.

7. Answering Paragraph 83, Defendant incorporates by reference its responses to all previous Paragraphs and allegations therein as though set forth fully herein.

8. Answering Paragraphs 84 through 88, Defendant denies the allegations to the extent they are directed against it. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations pertaining to any other party, and therefore denies them.

9. Answering Paragraph 89, Defendant incorporates by reference its responses to all previous Paragraphs and allegations therein as though set forth fully herein.

10. Answering Paragraphs 90 through 94, Defendant denies the allegations to the extent they are directed against it. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations pertaining to any other party, and therefore denies them.

11. Answering Paragraph 95, Defendant incorporates by reference its responses to all previous Paragraphs and allegations therein as though set forth fully herein.

12. Answering Paragraphs 96 through 100, Defendant denies the allegations to the extent they are directed against it. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations pertaining to any other party, and therefore denies them.

13. Answering Paragraph 101, Defendant incorporates by reference its responses to all previous Paragraphs and allegations therein as though set forth fully herein.

14. Answering Paragraphs 102 through 105, Defendant denies the allegations to the extent they are directed against it. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations pertaining to any other party, and therefore denies them.

15. Answering Paragraph 106, Defendant incorporates by reference its responses to all previous Paragraphs and allegations therein as though set forth fully herein.

16. Answering Paragraphs 107 through 110, Defendant denies the allegations to the extent they are directed against it. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations pertaining to any other party, and therefore denies them.

17. Answering Paragraph 111, Defendant incorporates by reference its responses to all previous Paragraphs and allegations therein as though set forth fully herein.

18. Answering Paragraphs 112 through 115, Defendant denies the allegations to the extent they are directed against it. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations pertaining to any other party, and therefore denies them.

19. Answering Paragraph 116, Defendant incorporates by reference its responses to all previous Paragraphs and allegations therein as though set forth fully herein.

20. Answering Paragraphs 117 through 128, Defendant denies the allegations to the extent they are directed against it. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations pertaining to any other party, and therefore denies them.

21. Answering Plaintiff's Prayer for Relief, Paragraphs 129-136, Defendant denies that Plaintiff is entitled to the relief requested, or any other relief, from Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining

allegations pertaining to any other party, and therefore denies them.

22. Any allegations in the Complaint not specifically admitted herein are denied.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(FAILURE TO STATE A CAUSE OF ACTION)**

The Complaint fails to state facts sufficient to constitute a cause of action against Defendant.

**SECOND AFFIRMATIVE DEFENSE**

**(ESTOPPEL)**

Plaintiff and/or proposed class members by their own acts and/or omissions are estopped from recovering at all against Defendant.

**THIRD AFFIRMATIVE DEFENSE**

**(CONSENT)**

Plaintiff and/or proposed class members by their own words and conduct consented to the alleged contacts by Defendant.

**FOURTH AFFIRMATIVE DEFENSE**

**(LACK OF STANDING)**

Plaintiff and/or proposed class members lack standing to bring this lawsuit against Defendant.

**FIFTH AFFIRMATIVE DEFENSE**

**(STATUTES OF LIMITATION)**

Plaintiff's and/or proposed class members' causes of action, and each of them, are barred by the applicable statutes of limitation or repose.

**SIXTH AFFIRMATIVE DEFENSE**

**(FAILURE TO MITIGATE DAMAGES)**

Defendant denies that Plaintiff and/or proposed class members have been damaged in any sum or sums, but to the extent Plaintiff and/or proposed class members have been damaged, those

damages should be reduced based on their failure to mitigate.

**SEVENTH AFFIRMATIVE DEFENSE**

**(UNCLEAN HANDS)**

Plaintiff and/or proposed class members are barred from presenting their claims before the court based on the doctrine of unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

**(LACHES)**

Plaintiff's and/or proposed class members' claims are barred by the doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

**(INTERVENING OR SUPERSEDING CAUSE)**

The damages that Plaintiff and/or proposed class members claim to have suffered, if any, were caused by an intervening or superseding cause for which Defendant is not responsible.

**TENTH AFFIRMATIVE DEFENSE**

**(LACK OF DAMAGES)**

Plaintiff's and/or proposed class members' claims are barred in that they have not been damaged.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(WAIVER)**

Plaintiff's and/or proposed class members' claims are barred based on the doctrine of waiver.

**TWELFTH AFFIRMATIVE DEFENSE**

**(JOINDER)**

Plaintiff has failed to join indispensable parties with which a full, complete and equitable adjudication can be made in this action.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(ACTS OF OTHER PARTIES)**

Defendant alleges that, if it is subject to any liability by Plaintiff and/or proposed class

members herein, it will be due in whole or in part to the acts and/or omissions of other parties, or parties unknown at this time, and any recovery obtained by Plaintiffs and/or proposed class members, should be barred or reduced according to law, up to and including the whole thereof.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(ABSENCE OF NECESSARY PARTIES)**

The purported claims and causes of action alleged by Plaintiff require, for their complete adjudication, the joining of additional, necessary or indispensable parties, without whom the purported claims and causes of action cannot be fully, finally and completely resolved.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(ARBITRATION)**

Plaintiff and/or proposed class members have agreed and consented to arbitration as the exclusive forum for resolving the claims and cause of actions alleged in this action.

Dated this 12th day of September, 2025.

PIERCE DAVIS & PERRITANO LLP

By: *s/Claude Bosworth*
Claude Bosworth, WSBA #42568
aeraut@piercedavis.com
Kevin Bergstrom, WSBA #62445
kbergstrom@piercedavis.com
*Of Attorneys for Defendant Range View Management*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-05785-BHS<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Pierce Davis & Perritano in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

**VIA ECF**

Peter Schneider
NORTHWEST DEBT RESOLUTION, LLC
10900 4th St. Suite 2300
Bellevue, WA 98004
206-800-6000
peter@nwdebtresolution.com
nathen@nwdebtresolution.com

I declare under penalty of perjury and under the laws of the State of Oregon that the foregoing is true and correct.

Executed at Portland, Oregon, this 12th day of September 2025.

*s/Cody Manley*
Cody Manley
Paralegal