UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No. 3:25-CV-05785-BHS<br><br>**DEFENDANT BETTER DEBT SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, **Defendant Better Debt Solutions, LLC ("Better Debt")** hereby submits the instant Corporate Disclosure Statement and certifies the following:

Better Debt is a limited liability company whose members are RC MGMT LLC and MN MGMT LLC.

The undersigned party understands that it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated this 12th day of September 2025.

PIERCE DAVIS & PERRITANO LLP

By: _s/Claude Bosworth_
Claude Bosworth, WSBA #42568
aeraut@piercedavis.com
Kevin Bergstrom, WSBA #62445
kbergstrom@piercedavis.com
*Of Attorneys for Defendants Range View*

1
**CORPORATE DISCLOSURE STATEMENT**

1    *Management, LLC and Better Debt*
     *Solutions, LLC*
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CORPORATE DISCLOSURE STATEMENT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-05785-BHS<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

    I am employed by the law firm of Pierce Davis & Perritano in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

    On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

**VIA ECF**

Peter Schneider
NORTHWEST DEBT RESOLUTION, LLC
10900 4th St. Suite 2300
Bellevue, WA 98004
206-800-6000
peter@nwdebtresolution.com
nathen@nwdebtresolution.com

    I declare under penalty of perjury and under the laws of the State of Oregon that the foregoing is true and correct.

    Executed at Portland, Oregon, this 12th day of September 2025.

                                    *s/Cody Manley*
                                    Cody Manley
                                    Paralegal