UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No. 3:25-CV-05785-BHS<br><br>**DEFENDANT RANGE VIEW MANAGEMENT LLC AND BETTER DEBT SOLUTIONS, LLC'S VERIFICATION OF RECORDS FOR STATE COURT PROCEEDINGS** |

PLEASE TAKE NOTICE that Pursuant to Local Civil Rule 101(c), Defendants Range View Management LLC and Better Debt Solutions LLC have filed with the Clerk of this Court, true and complete copies of all the records and proceedings in the state court that were not already filed with the Notice of Removal. The only thing that was filed with the State Court was the Notice of Filing of Removal of Case to Federal Court, attached hereto as Exhibit A.

Dated 17th day of September 2025.

PIERCE DAVIS & PERRITANO LLP

By: *s/Claude Bosworth*
Claude Bosworth, WSBA #42568
cbosworth@piercedavis.com
Kevin Bergstrom, WSBA #62445
kbergstrom@piercedavis.com
*Of Attorneys for Defendants Range View Manag. LLC and Better Debt Solutions LLC*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-05785-BHS<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

    I am employed by the law firm of Pierce Davis & Perritano in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

    On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

**VIA ECF**

Peter Schneider
NORTHWEST DEBT RESOLUTION, LLC
10900 4th St. Suite 2300
Bellevue, WA 98004
206-800-6000
peter@nwdebtresolution.com
nathen@nwdebtresolution.com

    I declare under penalty of perjury and under the laws of the State of Oregon that the foregoing is true and correct.

    Executed at Portland, Oregon, this 17th day of September 2025.

                                                     *s/Cody Manley*
                                                     Cody Manley
                                                     Paralegal