SUPERIOR COURT FOR THE STATE OF WASHINGTON

FOR THE COUNTY OF KITSAP

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS RANGE VIEW MANAGEMENT, LLC D/B/A LENDIVA, AND BETTER DEBT SOLUTIONS, LLC'S NOTICE OF FILING OF REMOVAL OF CASE TO FEDERAL COURT**<br><br>*Clerk's Action Required* |

### NOTICE OF REMOVAL

TO: Clerk of the Court

AND TO: Plaintiff and her counsel of record at Northwest Debt Resolution, LLC, Peter Schneider:

Please take notice that Defendants Range View Management d/b/a Lendiva, and Better Debt Solutions, LLC Notice of Removal of the above-entitled action from the Superior Court of the State of Washington, Kitsap County, to the United States District Court of the Western District of Washington (a copy of the Notice (without exhibits) is attached as **Exhibit A**) was duly filed in the United States District Court for the Western District of Washington on September 4, 2025.

A true and correct copy of the Notice of Removal is attached pursuant to 28 U.S.C. § 1446(d).

1  This Court is respectfully requested to proceed no further in this action, unless and until
2  the action may be remanded by order of the United States District Court.

3

4  Dated this 4th day of September, 2025.

5                                          PIERCE DAVIS & PERRITANO LLP

6

7  By:   *s/Claude Bosworth*
      Claude Bosworth, WSBA #42568
      aeraut@piercedavis.com

8        Kevin Bergstrom, WSBA #62445
      kbergstrom@piercedavis.com

9        *Of Attorneys for Defendants Range View*

10  *Management d/b/a Lendiva, and Better Debt Solutions, LLC*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2
**NOTICE OF FILING OF REMOVAL OF CASE TO FEDERAL COURT**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>    Defendants. | Case No. 3:25-cv-5785<br><br>**NOTICE OF REMOVAL FROM STATE COURT PURSUANT TO 28 U.S.C. § 1441(A) AND 28 U.S.C. § 1331**<br><br>**JURY DEMAND** |

TO:    Clerk of the Court of the United States District Court for the Western District of Washington:

PLEASE TAKE NOTICE that Defendants Range View Management LLC d/b/a Lendiva, and Better Debt Solutions, LLC (collectively "Defendants"), by and through their attorneys, hereby remove this civil action to the United States District Court for the Western District of Washington from the Superior Court of the State of Washington in and for the County of Kitsap pursuant to pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367, 28 U.S.C. § 1441, and 28 U.S.C. § 1446. Defendants state the following grounds as the basis for removal:

1.    This Removal is timely. On or about August 8, 2025, Plaintiff commenced a civil action in Washington pursuant to Wash. R. Civ. P. 3 entitled *Cerridwen Aurandt v. Range View Management, LLC d/b/a Lendiva, Better Debt Solutions, LLC and DOES 1-10* in the Superior Court in and for the County of Kitsap by serving a copy of a summons together with a copy of a complaint. On August 8, 2025, Defendant Better Debt Solutions, LLC was served with the initial Complaint.

1  On August 11, 2025, Defendant Range View Management LLC was served with the initial Complaint. Because Defendant have removed this action to federal court within 30 days of the notice and service of the initial Complaint, Defendants' removal is timely. See 28 U.S.C. § 1446(b)(1).

2. Venue is proper in this district and division pursuant to 28 U.S.C. § 1441(a) and LCR 3 because this district and division embrace the place and county in which the removed action is pending.

3. This Court has original subject jurisdiction over this action pursuant to 28 U.S.C. § 1331 based on Plaintiff's causes of action for violations of the Telephone Consumer Protection Act 47 U.S.C. § 227 (the "TCPA"). This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 on the grounds that the state law claims are so related to the claims over which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Plaintiff's state law claims arise out of the same alleged transaction and/or occurrence in that Plaintiff's state law claims arise out of the same telephone calls upon which Plaintiff bases her cause of action for violations of the TCPA. As such, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

4. All joined and served Defendants consent to and join in this removal to the United States District Court for the District of Washington pursuant to 28 U.S.C. § 1446(b)(2)(A).

5. As required by 28 U.S.C. § 1446(b) and the Local Civil Rules, true and correct copies of the process and pleadings served upon Defendants will be filed within 14 days of the filing of this Notice of Removal.

6. Immediately upon filing of this Notice of Removal, Defendants will file a copy of the Notice of Removal with the Clerk of the Kitsap County Superior Court and will provide written notice to counsel for Plaintiff in accordance with 28 U.S.C. § 1446(d).

7. By seeking removal, Defendants do not waive any defenses, including, but not limited to, lack of personal jurisdiction, insufficiency of process, or service of process.

1  WHEREFORE, Defendants respectfully requests that the Court remove the above
2  captioned action commenced against it in the Kitsap County Superior Court for the State of
3  Washington, to the United States District Court for the Western District of Washington at Tacoma,
4  wherein it shall proceed as an action originally commenced therein.

6  Dated this 4th day of September, 2025.

7                                    PIERCE DAVIS & PERRITANO LLP

9  By:  *s/Claude Bosworth*
     Claude Bosworth, WSBA #42568
     aeraut@piercedavis.com

11  */s/Kevin Bergstrom*
     Kevin Bergstrom, WSBA #62445
     kbergstrom@piercedavis.com

13  *Of Attorneys for Defendants Range View Management d/b/a Lendiva, and Better Debt Solutions, LLC*

3
NOTICE OF REMOVAL FROM STATE COURT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RANGE VIEW MANAGEMENT, LLC d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10, <br><br> Defendants. | Case No. 3:25-cv-5785 <br><br> **DECLARATION OF DELIVERY AND/OR MAILING** |

    I am employed by the law firm of Pierce Davis & Perritano in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

    On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

**VIA ECF & EMAIL ONLY**

Peter Schneider
NORTHWEST DEBT RESOLUTION, LLC
10900 4th St. Suite 2300
Bellevue, WA 98004
206-800-6000
peter@nwdebtresolution.com

    I declare under penalty of perjury and under the laws of the State of Oregon that the foregoing is true and correct.

    Executed at Portland, Oregon, this 4th day of September, 2025.

                                         *s/Hallie Zmroczek*
                                           Hallie Zmroczek
                                           Paralegal

1 – DECLARATION OF DELIVERY AND/OR MAILING

SUPERIOR COURT FOR THE STATE OF WASHINGTON

FOR THE COUNTY OF KITSAP

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Pierce Davis & Perritano in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

**VIA E-FILE/SERVE, USPS & EMAIL ONLY**

Peter Schneider
NORTHWEST DEBT RESOLUTION, LLC
10900 4th St. Suite 2300
Bellevue, WA 98004
206-800-6000
peter@nwdebtresolution.com

I declare under penalty of perjury and under the laws of the State of Oregon that the foregoing is true and correct.

Executed at Portland, Oregon, this 4th day of September, 2025.

*s/Hallie Zmroczek*
Hallie Zmroczek
Paralegal

1 – DECLARATION OF DELIVERY AND/OR MAILING