UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDVIA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>        Defendants. | Case No. 3:25-CV-05785-BHS<br><br>**DECLARATION OF CLAUDE BOSWORTH IN SUPPORT OF DEFENDANTS RANGE VIEW MANAGEMENT, LLC AND BETTER DEBT SOLUTIONS, LLC'S MOTION TO STAY DISCOVERY** |

I, Claude Bosworth, declare and state as follows:

1.      I am over the age of 18 years and am competent to testify as to the matters below.

2.      I am an attorney representing Range View Management, LLC d/b/a Lendvia, and Better Debt Solutions, LLC in this matter and make this Declaration in support of Defendants Range View Management, LLC d/b/a Lendvia, and Better Debt Solutions, LLC's Motion to Stay Discovery.

3.      Attached as Exhibit 1 is a true and accurate copy of correspondence between the parties from October 28 through November 7, 2025.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief, and understand it is made for use as evidence in court and is subject to penalty for perjury.

**DECLARATION OF CLAUDE BOSWORTH IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY**

Dated this 14th day of November, 2025.

PIERCE DAVIS & PERRITANO LLP

By: _s/Claude Bosworth_
Claude Bosworth, WSBA #42568
cbosworth@piercedavis.com
*Of Attorneys for Defendants Range View Management, LLC and Better Debt Solutions, LLC*

DECLARATION OF CLAUDE BOSWORTH IN SUPPORT OF
DEFENDANTS' MOTION TO STAY DISCOVERY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,

Plaintiff,

v.

RANGE VIEW MANAGEMENT, LLC d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,

Defendants.

Case No. 3:25-cv-05785-BHS

**DECLARATION OF DELIVERY AND/OR MAILING**

I am employed by the law firm of Pierce Davis & Perritano in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

**VIA ECF**

Peter Schneider
NORTHWEST DEBT RESOLUTION, LLC
10900 4th St. Suite 2300
Bellevue, WA 98004
206-800-6000
peter@nwdebtresolution.com
nathen@nwdebtresolution.com

I declare under penalty of perjury and under the laws of the State of Oregon that the foregoing is true and correct.

Executed at Portland, Oregon, this 14th day of November, 2025.

*s/Hallie Zmroczek*

Hallie Zmroczek
Paralegal

1 – DECLARATION OF DELIVERY AND/OR MAILING