| From: | Peter Schneider <peter@nwdebtresolution.com> |
|---|---|
| Sent: | Friday, November 7, 2025 2:46 PM |
| To: | Kevin Bergstrom; Hallie Zmroczek; Nathen Barton; Claude Bosworth |
| Subject: | RE: Aurandt Motion to Compel Arbitration |

Kevin,

Received and understood.

I would implore you to take a look at how your proposed course of action played out in the *Newell* case and reconsider.

Trying to speedrun a core issue in the case (consent / opt in) under the pretense of a motion to compel arbitration is one thing. Trying to stymie investigation (discovery) as to this very suspect "verified consent" entity is another.

However, doing both after I've advised you how the Federal Court in *Newell* handled it borders on bad faith in my opinion.

Please discuss with your clients again and try to talk some sense into them.

Thank you,

Peter Schneider
Attorney
Northwest Debt Resolution, LLC
10900 NE 4th Street, Ste. 2300
Bellevue, WA 98004
PH: 206-800-6000
971-800-6000
FX: 206-800-6015
peter@nwdebtresolution.com
www.nwdebtresolution.com

**From:** Kevin Bergstrom
**Sent:** Friday, November 7, 2025 2:18 PM
**To:** Peter Schneider ; Hallie Zmroczek ; Nathen Barton ; Claude Bosworth
**Subject:** RE: Aurandt Motion to Compel Arbitration

Hello Peter –
Defendants do not agree that any discovery is warranted or permissible at this stage and intend to move forward with the motion to compel arbitration. As I stated in our conferral call when you proposed exchanging a draft 26(f) discovery plan, Defendants will be seeking to stay discovery while the motion to compel arbitration is pending.

EXHIBIT 1
Page 1 of 8

Thanks,
Kevin.



Kevin Bergstrom
Attorney
PIERCE DAVIS & PERRITANO LLP

1300 SW 6th Avenue, Suite #330
Portland, OR 97201
503-229-1819 (office)
971-202-5041 (direct)
971-645-1122 (cell)
kbergstrom@piercedavis.com
www.piercedavis.com

**Rizzo Bosworth Eraut PC is now part of Pierce Davis & Perritano LLP**

*This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.*

**From:** Peter Schneider <peter@nwdebtresolution.com>
**Sent:** Friday, November 7, 2025 1:24 PM
**To:** Kevin Bergstrom <kbergstrom@piercedavis.com>; Hallie Zmroczek <hzmroczek@piercedavis.com>; Nathen Barton <nathen@nwdebtresolution.com>; Claude Bosworth <CBosworth@piercedavis.com>
**Subject:** RE: Aurandt Motion to Compel Arbitration

Hi Kevin,

Thank you for speaking with me yesterday. As discussed, our client won't agree to dismiss this case. She has never visited the Lendvia website or agreed to arbitrate any of her claims against the Defendants in this matter.

I'd direct your attention to your clients' case out of Pennsylvania I mentioned yesterday. The parallels to this case are uncanny. *Newell v. Lendvia*, LLC, E.D. Pa. 2:25-cv-01018.

Like the Plaintiff in that case, our client will submit a declaration stating she has never been on the Lendvia website or opted into anything.
I suspect the outcome of your proposed motion to compel arbitration will be the same as the recent ruling in *Newell*. The issue will be reserved for trial on the merits.
I'll just come out and say it. I don't think your clients are being truthful with you about the arbitration opt in. I think they manufacture these opt ins vis a vis this "Verified Consent" entity, which seems suspect. We intend to fully explore this in upcoming discovery.

EXHIBIT 1
Page 2 of 8

Speaking of which, I have sent you two emails regarding a phone conference on the joint status report and discovery plan coming due. One on 9-11-25, and a follow-up on 10-9-25. It's been almost two months since that first email, and I have received nothing from anyone at your firm in response.

I'm going to ask for a third and final time. When would you like to have that telephone conference? Please propose some dates and time within the next two weeks that work for you.

Thank you,

Peter Schneider
Attorney
Northwest Debt Resolution, LLC
10900 NE 4th Street, Ste. 2300
Bellevue, WA 98004
PH: 206-800-6000
971-800-6000
FX: 206-800-6015
peter@nwdebtresolution.com
www.nwdebtresolution.com

---

**From:** Kevin Bergstrom <kbergstrom@piercedavis.com>
**Sent:** Thursday, November 6, 2025 3:22 PM
**To:** Peter Schneider <peter@nwdebtresolution.com>; Hallie Zmroczek <hzmroczek@piercedavis.com>; Nathen Barton <nathen@nwdebtresolution.com>; Claude Bosworth <CBosworth@piercedavis.com>
**Subject:** RE: Aurandt Motion to Compel Arbitration

Peter,
To memorialize our call, I understand that plaintiffs are opposing arbitration at this time. You said there is some limited discovery you would like to do regarding the arbitration agreement itself and will send over that proposal tomorrow morning. Defendants are not agreeing at this time to conduct any discovery prior to the filing of the motion to compel arbitration but will evaluate your proposal before filing the motion.

Thanks,
Kevin.



Kevin Bergstrom
Attorney
PIERCE DAVIS & PERRITANO LLP

1300 SW 6th Avenue, Suite #330
Portland, OR 97201
503-229-1819 (office)
971-202-5041 (direct)
971-645-1122 (cell)
kbergstrom@piercedavis.com

3

EXHIBIT 1
Page 3 of 8

www.piercedavis.com

**Rizzo Bosworth Eraut PC is now part of Pierce Davis & Perritano LLP**

*This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.*

---

**From:** Peter Schneider <peter@nwdebtresolution.com>
**Sent:** Wednesday, November 5, 2025 11:25 AM
**To:** Kevin Bergstrom <kbergstrom@piercedavis.com>; Hallie Zmroczek <hzmroczek@piercedavis.com>; Nathen Barton <nathen@nwdebtresolution.com>; Claude Bosworth <CBosworth@piercedavis.com>
**Subject:** RE: Aurandt Motion to Compel Arbitration

Hi Kevin,

Tomorrow at 3:00 pm works for us.

Why don't you call into me to get things started.

Thank you,

Peter Schneider
Attorney
Northwest Debt Resolution, LLC
10900 NE 4th Street, Ste. 2300
Bellevue, WA 98004
PH: 206-800-6000
971-800-6000
FX: 206-800-6015
peter@nwdebtresolution.com
www.nwdebtresolution.com

---

**From:** Kevin Bergstrom <kbergstrom@piercedavis.com>
**Sent:** Tuesday, November 4, 2025 8:59 AM

4

EXHIBIT 1
Page 4 of 8

**To:** Peter Schneider <peter@nwdebtresolution.com>; Hallie Zmroczek <hzmroczek@piercedavis.com>; Nathen Barton <nathen@nwdebtresolution.com>; Claude Bosworth <CBosworth@piercedavis.com>
**Subject:** RE: Aurandt Motion to Compel Arbitration

Hello Peter,
Claude is traveling this week, but I am available for a conferral call Thursday between 11am and 3pm. Let me know what time works best for you.

Thanks,
Kevin.



Kevin Bergstrom
Attorney
PIERCE DAVIS & PERRITANO LLP

1300 SW 6th Avenue, Suite #330
Portland, OR 97201
503-229-1819 (office)
971-202-5041 (direct)
971-645-1122 (cell)
kbergstrom@piercedavis.com
www.piercedavis.com

**Rizzo Bosworth Eraut PC is now part of Pierce Davis & Perritano LLP**

*This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.*

**From:** Peter Schneider <peter@nwdebtresolution.com>
**Sent:** Monday, November 3, 2025 2:21 PM
**To:** Hallie Zmroczek <hzmroczek@piercedavis.com>; Nathen Barton <nathen@nwdebtresolution.com>; Claude Bosworth <CBosworth@piercedavis.com>
**Cc:** Kevin Bergstrom <kbergstrom@piercedavis.com>
**Subject:** RE: Aurandt Motion to Compel Arbitration

Hallie and Claude,

Thank you for reaching out. We have a few questions about the materials provided.

May we do a telephonic meet and confer sometime this week?

I'm in an arbitration tomorrow, but anytime Wednesday through Friday should work for us.

EXHIBIT 1
Page 5 of 8

Please propose some dates and time of availability on your end.

Thank you,

Peter Schneider
Attorney
Northwest Debt Resolution, LLC
10900 NE 4th Street, Ste. 2300
Bellevue, WA 98004
PH: 206-800-6000
971-800-6000
FX: 206-800-6015
peter@nwdebtresolution.com
www.nwdebtresolution.com

---

**From:** Hallie Zmroczek <hzmroczek@piercedavis.com>
**Sent:** Monday, November 3, 2025 9:08 AM
**To:** Nathen Barton <nathen@nwdebtresolution.com>; Claude Bosworth <CBosworth@piercedavis.com>
**Cc:** Peter Schneider <peter@nwdebtresolution.com>; Kevin Bergstrom <kbergstrom@piercedavis.com>
**Subject:** RE: Aurandt Motion to Compel Arbitration

Hi Nathan and Peter,

Please advise if you have reviewed the materials you requested so we can continue our conferral on the motion.

Thanks,



BOSTON, MA
PORTLAND, OR
PROVIDENCE, RI
BRIDGEPORT, CT
LOS ANGELES, CA

Hallie Zmroczek
Paralegal
PIERCE DAVIS & PERRITANO LLP
1300 SW Sixth Ave., Ste 330
Portland, OR 97201
(503) 229-1819
hzmroczek@piercedavis.com
www.piercedavis.com

**Rizzo Bosworth Eraut PC is now part of Pierce Davis & Perritano LLP**

*This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.*

---

**From:** Hallie Zmroczek
**Sent:** Tuesday, October 28, 2025 3:12 PM
**To:** 'Nathen Barton' <nathen@nwdebtresolution.com>; Claude Bosworth <CBosworth@piercedavis.com>

6

EXHIBIT 1
Page 6 of 8

**Cc:** Peter Schneider <peter@nwdebtresolution.com>; Kevin Bergstrom <kbergstrom@piercedavis.com>
**Subject:** RE: Aurandt Motion to Compel Arbitration

Hi Nathan,

Sure attached is the certificate showing access time and a copy of the video along with Lendvia terms of use.

---

**From:** Nathen Barton <nathen@nwdebtresolution.com>
**Sent:** Tuesday, October 28, 2025 12:44 PM
**To:** Claude Bosworth <CBosworth@piercedavis.com>
**Cc:** Peter Schneider <peter@nwdebtresolution.com>; Hallie Zmroczek <hzmroczek@piercedavis.com>;
Kevin Bergstrom <kbergstrom@piercedavis.com>
**Subject:** Re: Aurandt Motion to Compel Arbitration

Hello,

Before we meet and confer, please share the opt-in website, date, time, and IP address so we can look into it.

Thank you

Nathen


Nathen Barton

APR 6 Law Clerk

Northwest Debt Resolution, LLC

10900 NE 4th Street, Ste. 2300

Bellevue, WA 98004

PH: 206-800-6000 Ext 102

FX: 206-800-6015

nathen@nwdebtresolution.com
www.nwdebtresolution.com


---

**From:** Claude Bosworth <CBosworth@piercedavis.com>
**Sent:** Tuesday, October 28, 2025 11:26 AM
**To:** Peter Schneider <peter@nwdebtresolution.com>
**Cc:** Hallie Zmroczek <hzmroczek@piercedavis.com>; Kevin Bergstrom <kbergstrom@piercedavis.com>
**Subject:** RE: Aurandt Motion to Compel Arbitration

EXHIBIT 1
Page 7 of 8

Hello Peter,

Plaintiff completed a three-step click wrap agreement on the Defendants' website that included a binding arbitration provision. Defendants request that plaintiff stipulate to binding arbitration. If not, defendants will file a motion compelling arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq, which "requires federal district courts to stay judicial proceedings and compel arbitration of claims covered by a written and enforceable arbitration agreement." If we need to confer, please let me know or call my cell at 503.956.4341.

Thank you, Claude

Claude Bosworth

Shareholder

PIERCE DAVIS & PERRITANO LLP

1300 SW Sixth Ave., Ste 330

Portland, OR 97201

**Cell: 503.956.4341**

Office: 503.229.1819

cbosworth@piercedavis.com

www.piercedavis.com

BOSTON, MA
PORTLAND, OR
PROVIDENCE, RI
BRIDGEPORT, CT
LOS ANGELES, CA

EXHIBIT 1
Page 8 of 8