UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDVIA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No. 3:25-CV-05785-BHS<br><br>**DECLARATION OF CHASE WEBB IN SUPPORT OF DEFENDANTS RANGE VIEW MANAGEMENT, LLC AND BETTER DEBT SOLUTIONS, LLC'S RENEWED MOTION TO COMPEL ARBITRATION** |

I, Chase Webb, declare and state:

1. I am over the age of 18 years old. I am the Vice President of Business Strategy for Range View Management, LLC and Better Debt Solutions, LLC (collectively "Defendants") in Irvine, California. The facts stated in this Declaration are of my own personal knowledge, including knowledge acquired in the course and scope of my job responsibilities and through the review of pertinent documents maintained as business records by Defendants in the course and scope of Defendants' business (such as the website data, website pages and the collection of website data), documents relating to Defendants' internet advertising, and documents relating to Defendants' financial services and the Terms of Use of the websites where Defendants markets their financial services, the use the websites and documents related to the requesting of

information, applying for and obtaining Defendants' financial services. If called upon to do so, I could and would competently testify to the facts stated below.

2. I have been employed by Defendants since January of 2024. Prior to January 2024, I was working as a marketing advisor for Defendants from June of 2023. I make this declaration in support of Defendants' Renewed Motion to Compel Arbitration. Defendants are financial services companies providing consumer loans and other financial services. My duties for Defendants throughout the course of my employment require that I be familiar with, among other things, Defendants' telephone solicitation programs and policies, the marketing, advertising and sales of Defendants' financial services, including services about which consumers request information and for which consumers apply on the various Internet websites where Defendants markets their services, how consumers request information and apply for Defendants' financial services on Internet websites where Defendants market their services, and the forms that consumers are required to complete to obtain information about and apply for Defendants' financial services as well as the Terms of Use governing the websites, the use the websites and requesting information, applying for and obtaining Defendants' financial services.

3. I have reviewed the Declaration of Markel Samuel filed in this matter by Plaintiff Cerridwen Aurandt ("Plaintiff") on April 14, 2026, Dkt. 36.

4. The three-step clickwrap agreement process described in my prior Declaration filed November 7, 2025, Dkt. 16, does not require users to install an application onto their cellular devices.

5. Completion of the three-step clickwrap agreement process does not result in any sort of confirmation email to the user, nor would the user receive any emails from Lendvia.com or Defendants as a result of completing the three-step clickwrap agreement.

6. Users are not required to create accounts with Lendvia before or after completion of the three-step clickwrap agreement process.

7. Therefore, Markel Samuel's assertions that there was "no evidence of any downloads of Lendvia or similar loan-related applications" and "no evidence that an account was ever created with Lendvia" is not inconsistent with Plaintiff completing the three-step clickwrap agreement process.

I declare under penalty of perjury under the law of Washington that the foregoing is true and correct.

Signed on this 24th day of April 2026 at Irvine, California.

By: 

CHASE WEBB
Declarant

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDVIA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-05785-BHS<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Pierce Davis & Perritano in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

**VIA ECF**

Peter Schneider
NORTHWEST DEBT RESOLUTION, LLC
10900 4th St. Suite 2300
Bellevue, WA 98004
206-800-6000
peter@nwdebtresolution.com
nathen@nwdebtresolution.com

I declare under penalty of perjury and under the laws of the State of Oregon that the foregoing is true and correct.

Executed at Portland, Oregon, this 28th day of April, 2026.

*s/Hallie Zmroczek*
Hallie Zmroczek
Paralegal