UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,

Plaintiff,

v.

RANGE VIEW MANAGEMENT, LLC d/b/a LENDVIA, BETTER DEBT SOLUTIONS, LLC, and DOES 1-10,

Defendants.

Case No. 3:25-CV-05785-BHS

**SUPPLEMENTAL DECLARATION OF KASH IZADSETA IN SUPPORT OF DEFENDANTS RANGE VIEW MANAGEMENT, LLC AND BETTER DEBT SOLUTIONS, LLC'S RENEWED MOTION TO COMPEL ARBITRATION**

I, Kash Izadseta, declare as follows:

1. I am the Chief Technology Officer for Defendant Better Debt Solutions, LLC ("Better Debt"). I have personal knowledge of the facts stated herein and if called as a witness, could and would testify competently thereto.

2. I have a Bachelor's of Science degree in computer science from the University of California Irvine. I have over 10 years of experience in computer and Internet technology. I have experience in website development, Internet address assignment, computer programing, and cellular technology.

3. A reported 720 x 1280 screen resolution is possible for a Samsung S24 Ultra in certain circumstances.

4. Such a reported screen resolution could be explained by the user's current zoom levels. At higher zoom levels, the effective CSS resolution drops.

5. The reported screen resolution could also be explained by the user's accessibility settings, as Android's font size and display size accessibility settings directly affect reported dimensions.

I declare under penalty of perjury under the law of Washington that the foregoing is true and correct.

Signed on this_28__ day of April 2026 at __Irvine, CA___________.

By: ______________________________

Kash Izadseta
Declarant

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDVIA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-05785-BHS<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Pierce Davis & Perritano in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

**VIA ECF**

Peter Schneider
NORTHWEST DEBT RESOLUTION, LLC
10900 4th St. Suite 2300
Bellevue, WA 98004
206-800-6000
peter@nwdebtresolution.com
nathen@nwdebtresolution.com

I declare under penalty of perjury and under the laws of the State of Oregon that the foregoing is true and correct.

Executed at Portland, Oregon, this 28th day of April, 2026.

*s/Hallie Zmroczek*
Hallie Zmroczek
Paralegal