HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RANGE VIEW MANAGEMENT, LLC, d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC, and DOES 1-10,<br><br>Defendants. | NO: 3:25-cv-05785-BHS<br><br>DECLARATION OF ANDREW COOPER |

## I. DECLARATION

1. I, Andrew Cooper, am over the age of 18 and am competent to testify to the matters set forth herein. I have been retained by counsel for Plaintiff Cerridwen Aurandt to conduct an investigation into Verified Consent (https://verifiedconsent.com/).
2. I work for Bluemoon Investigations as a private investigator in the United Kingdom. I am a Level 3 qualified private investigator and a Level 3 qualified private investigation tutor. I am a member of the UK Private Investigator Network.
3. On 5/10/26 I inspected the premises located at 71–75 Shelton Street, Covent Garden, London WC2H 9JQ, attempting to find any evidence of office space belonging to Verified Consent. My findings are as follows:



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

4. The address is a known virtual office / mail forwarding facility used by approximately 85,000 companies.

5. No physical presence for "Verified Consent Ltd" was identified.

6. No internal or external signage for "Verified Consent" was observed.

7. I conducted searches for the following entities via the official United Kingdom company register maintained by Companies House:

   1. Verified Consent Ltd
   2. Verified Consent Limited
   3. Verified Consent

   No matching or substantially similar entities were identified. There is no evidence that Verified Consent Ltd exists as a company registered in the United Kingdom.

8. I ran a search of the name Rounak Adhikary, who was supplied to me as a person connected with Verified Consent. No individual named "Rounak Adhikary" was identified as a director or officer of any United Kingdom registered company.

9. I ran a search of the name Kashif Ali, who was supplied to me as a person connected with Verified Consent. Individuals named "Kashif Ali" and "Kashif Ali Bhatti" were identified at the 71–75 Shelton Street, Covent Garden, London WC2H 9JQ address, however they were only associated with the following unrelated entities:

   1. DIGITEL DECK LTD (Dissolved)
   2. KALI ENERGY LTD (Active)

10. No connection was identified between these individuals and any entity named "Verified Consent Ltd". The named individuals could not be independently verified as officers or



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

representatives of a United Kingdom registered company under the supplied business name.

11. I also examined the verified consent websites' terms page (https://verifiedconsent.com/terms.html) and the websites' privacy–policy page (https://verifiedconsent.com/privacy-policy.html). No identifiable United Kingdom legal entity was disclosed on the website. No Companies House registration number was disclosed on the website. No verifiable data controller linked to a UK corporation was disclosed on the website. The website does not provide sufficient corporate disclosure to independently identify or verify a United Kingdom legal entity.

12. Based on the above investigation, I have reached the following conclusions:

    1. No United Kingdom company registration for "Verified Consent Ltd" could be identified.
    2. The supplied address is a virtual office / mailbox facility.
    3. No physical presence was identified.
    4. No verifiable corporate disclosures were identified on the website.
    5. Named individuals could not be linked to a verifiable United Kingdom entity.

There is no independently verifiable evidence that "Verified Consent Ltd" exists as a legitimate United Kingdom registered or physically operating business based on the information reviewed and investigation conducted.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

Dated this 12TH day of May 2026. Signed at LONDON, UNITED KINGDOM.

ANDREW COOPER



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015