HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CERRIDWEN AURANDT, on behalf of herself
and all others similarly situated,

       Plaintiff,

  vs.

RANGE VIEW MANAGEMENT, LLC,  d/b/a
LENDVIA, BETTER DEBT SOLUTIONS,
LLC, and DOES 1-10,

       Defendants.

NO. 3:25-cv-05785-BHS

PARTIES' JOINT STATUS REPORT &
DISCOVERY PLAN RE: ORDER
SETTING SUMMARY BENCH TRIAL ON
THE ISSUE OF ARBITRATION

COME NOW the Parties, by and through their counsel of record, and hereby submit this

Joint  Status Report and Discovery Plan pursuant to the Court's 6/11/26 Order. Dkt. 57.

**The parties have met and conferred and proposed the following schedule:**

1. **Discovery**

The Parties agree that an additional four (4) months of limited discovery, restricted to the issue of whether Plaintiff agreed to arbitrate her claims against the Defendants, shall commence on 7/1/26 and conclude on 10/30/26. Furthermore, the Parties agree:

    1.    Defendants shall serve FRCP 26(a)(1) Initial Disclosures on the Plaintiff's counsel no later than: **7/1/26**

    2.    Expert Reports, in compliance with FRCP 26(a)(2)(B), are due: **8/12/26**

    3.    Written discovery (Interrogatories, Request for Production, Requests for Admission) must be propounded no later than: **9/18/26**

JOINT STATUS REPORT -  1

NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

4.     All depositions must be completed on or before:        **10/23/26**

2. **Trial date.**

The Parties request this Court set the summary bench trial in early December 2026.

3. **Number of days required.**

The Parties anticipate the summary bench trial lasting two (2) days.

4. **Pre-trial order and deadlines**

Once this Court selects a date for the summary bench trial, the Parties request it issue a pre-trial order setting all necessary deadlines for pretrial submissions (i.e. Joint Pretrial Statement, Witness/Exhibit Lists, etc).

Dated June 25, 2026

/s/Peter Schneider
Peter Schneider, WSBA# 43131
Attorney for Plaintiff
NORTHWEST DEBT RESOLUTION LLC
10900 NE 4TH ST STE 2300
BELLEVUE, WA 98004
206-800-6000
206-800-6015 (fax)
peter@nwdebtresolution.com

*/s/Claude Bosworth*
Claude Bosworth, WSBA #42568
Attorney for Defendants
PIERCE DAVIS & PERRITANO LLP
(PORTLAND)
1300 SW SIXTH AVE STE 330
PORTLAND, OR 97201
503-229-1819
503-229-0630 (fax)
cbosworth@piercedavis.com

JOINT STATUS REPORT - 2



NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015