UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,

Plaintiff,

v.

RANGE VIEW MANAGEMENT, LLC d/b/a LENDVIA, BETTER DEBT SOLUTIONS, LLC, and DOES 1-10,

Defendants.

Case No. 3:25-CV-05785-BHS

**PARTIES' UPDATED JOINT STATUS REPORT & DISCOVERY PLAN RE: ORDER SETTING SUMMARY BENCH TRIAL ON THE ISSUE OF ARBITRATION**

COME NOW the Parties, by and through their counsel of record, and hereby submit this Joint Status Report and Discovery Plan pursuant to the Court's Order dated August 26, 2026. Dkt. 61.

**The parties have met and conferred and hereby propose the following schedule:**

**1. Discovery**

The Parties agree that the period of limited discovery shall continue through January 29, 2027. Discovery during this period is restricted to the issue of whether Plaintiff agreed to arbitrate her claims against the Defendants. The Parties further agree on the following deadlines:

a. Expert reports in compliance with Fed. R. Civ. P. 26(a)(2)(B) are due on **December 4, 2026**.

b. Written discovery (Interrogatories, Request for Production, Requests for Admission) must be propounded no later than **December 18, 2026**.

c. Depositions must be completed on or before **January 29, 2027**.

**2. Trial Date**

The Parties request that the Court set the summary bench trial to begin for the week of March 29 to April 2, 2027, or later.

**3. Numbers of Days Required**

The Parties anticipate requiring two (2) days for the summary bench trial.

**4. Pre-Trial Order & Deadlines**

Once this Court selects a date for the summary bench trial, the Parties request it issue a pre-trial order setting all necessary deadlines for pretrial submissions (i.e. Joint Pretrial Statement, Witness/Exhibit Lists, etc).

Dated: September 25, 2026

NORTHWEST DEBT RESOLUTION, LLC

*s/Peter Schneider*
Peter Schneider, WSBA #43131
peter@nwdebtresolution.com
10900 4th St., Suite 2300
Bellevue, WA 98004
***Attorney for Plaintiff***

Dated: September 25, 2026

PIERCE DAVIS & PERRITANO LLP

*s/ Claude Bosworth*
Claude Bosworth, WSBA #42568
cbosworth@piercedavis.com
1300 SW 6th Ave., Suite 330
Portland, OR 97201
***Attorney for Defendants***

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE VIEW MANAGEMENT, LLC d/b/a LENDVIA, BETTER DEBT SOLUTIONS, LLC and, DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-05785-BHS<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Pierce Davis & Perritano in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

**VIA ECF**

Peter Schneider
NORTHWEST DEBT RESOLUTION, LLC
10900 4th St. Suite 2300
Bellevue, WA 98004
206-800-6000
peter@nwdebtresolution.com
nathen@nwdebtresolution.com

I declare under penalty of perjury and under the laws of the State of Oregon that the foregoing is true and correct.

Executed at Portland, Oregon, this 25th day of September 2026.

*s/Cody Manley*
Cody Manley
Paralegal