HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RANGE VIEW MANAGEMENT, LLC, d/b/a LENDVIA, BETTER DEBT SOLUTIONS, LLC, and DOES 1-10,<br><br>Defendants. | NO: 3:25-CV-05785-BHS<br><br>DECLARATION OF NATHEN BARTON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE NON-PARTY COREY SEAMAN BY ALTERNATIVE MEANS |

I, Nathen Barton, declare as follows:

1. I am a law clerk with Northwest Debt Resolution, LLC, the firm which represents Plaintiff Cerridwen Aurandt. I am over the age of eighteen and competent to testify. I make this declaration from personal knowledge and from the records of this matter maintained in our office, which I have reviewed. In my work on this matter, I communicate with non-parties who receive subpoenas, receive and save the documents they produce, obtain records used to locate witnesses, and retain and communicate with process servers. The documents attached as exhibits to this declaration are kept in our office's file for this matter.



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 971-800-6000
FX: 206-800-6015

2. On June 11, 2026, the Court denied Defendants' renewed motion to compel arbitration and set the question of contract formation for a summary bench trial. Dkt. 57. Defendants' position rests on a certificate and screen recording attributed to "Verified Consent," whose website is verifiedconsent.com.

3. To identify the person or persons behind verifiedconsent.com, our office caused a subpoena to be served on Namecheap, Inc., the registrar of that domain, on or about July 17, 2026. On August 10, 2026, having received no response, I emailed Namecheap's legal department and attached the subpoena and its proof of service. Namecheap's legal department (legal@namecheap.com) produced records in response on August 12, 2026, in two emails to me, copying Peter Schneider. The first, sent at 12:59 p.m., stated that it attached "the production materials pursuant to the legal process submitted to Namecheap" and attached three PDF files: "verifiedconsent.com_whois_history.pdf," "avurex - Aug_11_2026.pdf," and "amirfarzad88 - Aug_11_2026.pdf." The second, sent at 3:54 p.m. in response to a follow-up question from me, attached a PDF file named "verifiedconsent.com - Aug_13_2026.pdf," which the email described as "[t]he log for this transfer." I saved each attachment as I received it. Exhibits C, D, and E are true and correct copies of those attachments, without alteration other than the addition of exhibit cover pages and the date and page-identification stamps at the bottom of each page. Exhibit E also includes true and correct copies of my email exchange with Namecheap from August 10 through August 12, 2026, as kept in my email account.



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 971-800-6000
FX: 206-800-6015

4. Exhibit C is Namecheap's WHOIS contact history for verifiedconsent.com. It shows that on October 24, 2023, the domain was registered with the registrant, administrative, technical, and billing contact all listed as Corey Seaman, 645 SE Tallgrass Lane, Waukee, Iowa 50263, telephone +1.424.302.2903, email corey@vultik.com. It shows that on January 24, 2025, those contacts were changed to "Amir Farzad, CEO, Verified Consent, 2525 Main St, Irvine, CA 92614," telephone +1.866.606.6414, email amirfarzad88@proton.me.

5. Exhibit D is Namecheap's account record for the account that held verifiedconsent.com from its registration until January 24, 2025. The account, username "avurex," was opened on June 17, 2013 in the name Corey Seaman, with the email address corey@vultik.com, the telephone number +1.424.302.2903, and the street address 645 SE Tallgrass Lane, Waukee, Iowa 50263. As of Namecheap's export on August 11, 2026, those remained the account's name, email address, telephone number, and street address, and the account's "Latest Login" was August 6, 2026. The login history in Exhibit D shows, among other logins, logins from IP address 107.220.82.107 on December 17 and 18, 2025, February 26 and 27, 2026, March 2, 6, and 17, 2026, and logins from IP address 172.1.153.224 through June 2026 and from IP address 64.52.80.207 on June 22 and July 16, 2026. The login history also shows a login to the "avurex" account from IP address 97.125.56.225 on January 24, 2025 at 3:42:00 PM, and a login from IP address 107.220.82.107 on July 23, 2025 at 11:45:05 AM.



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 971-800-6000
FX: 206-800-6015

6. Exhibit E consists of Namecheap's domain "push" history for verifiedconsent.com and its account record for the account username "amirfarzad88." The push history shows that verifiedconsent.com was pushed from the "avurex" account to the "amirfarzad88" account on January 24, 2025 at 4:13:27 PM, from IP address 97.125.56.225. The account record shows that the "amirfarzad88" account was created on January 24, 2025 at 4:09:37 PM, four minutes before the push, from that same IP address, 97.125.56.225. The same record shows that on July 23, 2025, the "amirfarzad88" account renewed verifiedconsent.com for five years (through October 24, 2030) from IP address 107.220.82.107, the IP address from which the "avurex" account logged in on the dates listed in paragraph 5. Namecheap's August 12, 2026 email states that the domain was transferred from "avurex" to "amirfarzad88" on January 24, 2025 and that the domain is now registered through a different registrar, NiceNIC International Group Co., Limited.

7. On August 12, 2026, I obtained a locate report on Corey Seaman from a database service used for locating individuals for service of process. Excerpts of the report are attached as Exhibit F, with Mr. Seaman's date of birth and partial Social Security number redacted under Fed. R. Civ. P. 5.2. The report is titled "COREY JOESEPH SEAMAN-Locate-Report-202608121839," is 43 pages long, and is dated August 12, 2026 on each page. Exhibit F consists of true and correct copies of pages 1, 2, 3, and 35 of the report as I received it from the service, without alteration other than those redactions and the addition of an exhibit cover page and the date and page-identification stamps at the bottom of



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 971-800-6000
FX: 206-800-6015

each page. The report lists 59 Iluna, Irvine, California 92618-1725 as Mr. Seaman's address from April 30, 2019 through the date of the report, and it lists that same address among the addresses associated with Vultik Inc. It lists 645 SE Tallgrass Lane, Waukee, Iowa 50263 as an address associated with Mr. Seaman from December 2016 through August 2025. It lists corey@vultik.com and cjseaman@avurex.com among the email addresses associated with Mr. Seaman, and it lists (424) 302-2903 as a commercial telephone number for Vultik Inc. found at Mr. Seaman's addresses.

8. On August 25, 2026, Peter. Schneider issued a Subpoena to Testify at a Deposition in a Civil Action (Form AO 88A) to Corey Seaman, commanding his attendance at a deposition by videoconference on September 16, 2026 at 10:00 a.m. Pacific time. On August 26, 2026, I retained James Thacker of JWT Process Serving, a process server registered in Orange County, California (PSC #6496), to serve the subpoena at 59 Iluna, Irvine, California. After Mr. Thacker's August and September attempts were unsuccessful, Mr. Schneider issued a second subpoena on September 29, 2026, identical in all respects except that it commanded attendance on October 28, 2026 at 10:00 a.m. Pacific time, and I provided it to Mr. Thacker for service. A true and correct copy of the September 29, 2026 subpoena, as kept in our office's file and as I provided it to Mr. Thacker, is attached as Exhibit B. Neither subpoena commanded the production of documents.

9. Exhibit A is a true and correct copy of the Declaration of Non-Service that Mr. Thacker signed on November 4, 2026, and provided to our office. I have not



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 971-800-6000
FX: 206-800-6015

altered it in any way other than adding an exhibit cover page. It describes his four attempts to serve Mr. Seaman at 59 Iluna on August 27, August 31, September 9, and October 20, 2026, and his observations on each attempt.

10. Exhibit G is a true and correct copy of a letter dated January 11, 2023 from the Chief of the Enforcement Bureau of the Federal Communications Commission to "Corey Seaman, CEO, Vultik Inc.," titled "Notice of Suspected Illegal Robocall Traffic," which I downloaded from the FCC's official website, where the FCC publishes it as document DOC-390625A1 under the title "FCC Issues Cease-and-Desist Letter to Vultik Inc for Apparently Transmitting Illegal Robocall Traffic," at https://www.fcc.gov/document/fcc-issues-robocall-cease-and-desist-letter-vultik-inc. Exhibit G is the complete document as I downloaded it, including its Attachment A, without alteration other than the addition of an exhibit cover page and the date and page-identification stamps at the bottom of each page. The letter states that it was sent "via electronic delivery and via certified mail – return receipt requested" and lists the email address support@vultik.com in its address block.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 11, 2026, at Camas, Washington.

Nathen Barton



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 971-800-6000
FX: 206-800-6015

## INDEX OF EXHIBITS

A. Declaration of Non-Service of James Thacker, PSC #6496, dated November 4, 2026.

B.

B. Subpoena to Testify at a Deposition in a Civil Action (AO 88A) to Corey Seaman, issued September 29, 2026.

C. Namecheap, Inc. WHOIS contact history for verifiedconsent.com (produced August 12, 2026).

D. Namecheap, Inc. account record and login history for account username "avurex" (exported August 11, 2026).

E. Namecheap, Inc. domain push history for verifiedconsent.com (exported August 12, 2026) and account record for account username "amirfarzad88" (exported August 11, 2026), with Namecheap's transmittal emails of August 12, 2026.

F. Excerpts of locate report on Corey Seaman dated August 12, 2026 (pages 1–3 and 35), redacted under Fed. R. Civ. P. 5.2.

G. Letter from Loyaan A. Egal, Chief, FCC Enforcement Bureau, to Corey Seaman, CEO, Vultik Inc., dated January 11, 2023 (FCC document DOC-390625A1).



NWDR
NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 971-800-6000
FX: 206-800-6015

**DECLARATION OF SERVICE**

I, Peter Schneider, am a resident of the State of Washington, over the age of 18 and competent to make this declaration herein. On the date indicated below, I served the foregoing document to the following recipients in the manner described below:

Kevin Bergstrom
kbergstrom@piercedavis.com

Claude Bosworth
cbosworth@piercedavis.com

☐ USPS first class mail
☐ E-mail
☐ Facsimile
☒ Other – ECF e-service

DATED November 17, 2026.

s/ Peter Schneider
Peter Schneider



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 971-800-6000
FX: 206-800-6015